**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **DAVID E. KATES** | * | **CIVIL ACTION NO. 09-1447** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **LT. MICIELI, ET AL** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill  for Report and Recommendation.  After an independent review of the record, and noting the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Temporary Restraining Order [Rec. Doc. 3] is **DENIED.**

**THUS DONE AND SIGNED**  in Lafayette,  Louisiana, on this 23rd day of September, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE